IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Case No: 25CR288 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Emeril England | ) | |
| Defendant, | ) | |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Emeril England.

Date: May 30, 2025

_____
M. David Weisman
United States Magistrate Judge