**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Plaintiff,

v.

Emeril England

　　　　　　　　　　　　　　　Defendant.

Case No.: 1:25–cr–00288
Honorable John F. Kness

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 18, 2026:

　　　　MINUTE entry before the Honorable John F. Kness as to Emeril England:
In–person sentencing proceedings held on 6/18/2026. Criminal judgment to follow.
Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.